FILED'06 SEP 26 12:02USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KERRY L. HOUSTON, | ) |
|     Plaintiff, | ) Civ. No. 05-551-CO |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) **ORDER** |
|     Defendant. | ) |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation on August 24, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

1 - ORDER

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#24) is adopted. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed and the matter is remanded for further administrative proceedings consistent with this court's order.

IT IS SO ORDERED.

DATED this 26 day of September, 2006.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER