DAVID B. LOWRY  
9900 SW Greenburg Road  
Columbia Business Center, Suite 235  
Portland, Oregon 97223  
(503) 245-6309  
OSB NO. 73372  

FILED'06 OCT 31 14:26USDC-ORM

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Kerry Houston

    Plaintiff,

vs.          Civil No. 05-cv-00551-CO

Commissioner of Social Security

    **Defendant.**    ORDER GRANTING AWARD OF EAJA FEES

  Pursuant to Stipulation, and good cause appearing therefore,

  IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$3.64**, costs in the amount of **$3.90**, and attorney's fees in the amount of **$5716.63** for total in the amount of **$5724.17**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 31 day of Oct., 2006.

        _____  
        Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**